IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JIANGSHAN XIAO & JS MULTI-TRADING, INC., *Plaintiffs*, | § § § § | |
| v. | § | Case No. 4:13-cv-107 |
| RAND BEERS, ACTING SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DANIEL M. RENAUD, *Defendants*. | § § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 28, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. 32) be **GRANTED** and that Plaintiffs' Cross Motion for Summary Judgment (Dkt. 33) be **DENIED**.

The court has made a *de novo* review of the objections raised by the Plaintiff (Dkt. 37) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge.

The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendants' Motion for Summary Judgment (Dkt. 32) is **GRANTED** and Plaintiffs' Cross Motion for Summary Judgment (Dkt. 33) is **DENIED**.

**SIGNED this the 29th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1