IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JIANGSHAN XIAO & JS MULTI-TRADING, INC., *Plaintiffs*, | § § § § | |
| v. | § § | Case No. 4:13-cv-107 |
| RAND BEERS, ACTING SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DANIEL M. RENAUD, *Defendants*. | § § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 13, 2013, the report of the Magistrate Judge (Dkt. 30) was entered containing proposed findings of fact and recommendations that Plaintiffs' First Motion for Summary Judgment (Dkt. 22) be **DENIED as MOOT**, and that Plaintiffs' Second Motion for Summary Judgment (Dkt. 23) be **DENIED**.

No objections to the report were filed. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Plaintiffs' First Motion for Summary Judgment (Dkt. 22) is **DENIED as MOOT** and Plaintiffs' Second Motion for Summary Judgment (Dkt. 23) is **DENIED**.

IT IS SO ORDERED.

**SIGNED this the 29th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE